Thank you. Hi, I'm Steve Gergo. I represent the students at A&T. And I'm also a member of the student body. I'm also a member of the student body department at the University of Maine. In these sessions, I'm supposed to introduce and address the issues that you need to understand. And that's what we're going to be trying to do today. And we'll do two things. First, I want to ask you guys a question that's important. Steve's talking about the issues that you're working to cover. And I'm sure you're probably thinking, I have two issues. One is that you secure the right to know. But you're certainly not spending enough time to review all the opinions before you do. So let me just go back to what you were saying. One of the things that you told me about this is important. And I understand it. All of the clinical registration claims are pending before June 20. And you've got a trial date in November. And I just missed some of them. But my question is, you are securing the opportunity that they have covered. Can you do that? And if you're receiving the results, can you do the table for June 20 to make a reasonable change in whatever the results of the trial are? So why should we interfere in an ongoing trial by rendering decisions here that may be different than what you're putting on the table? That's the truth. I'm just answering that question. You're clutched. It's absolutely the truth. I'll say it. Maybe it's just a question. It's sort of a sinister question. I know you state that you didn't have viable claims, whether they're true or false. The arbitration confirmation looks great, but I'm not sure. You're indicating that this is part of June 20. So why shouldn't it be part of June 20? We're not sure. I'm not saying you have to stick around until June 20. I'm saying you have to stick around until June 20. I'm not saying you have to stick around until June 20. I'm saying you have to stick around until June 20. I'm just trying to be consistent. My definition of consistent is that you have to look at the story and then you can judge the story. There's a lot of good things that can be observed in terms of confirmation, arbitration, or the relationship that you have with the claim. But they must be in the context of the trial. So I think that's what you're suggesting. It's not a procedure. It's not a specific process. Okay. Okay. Okay. I'm just going to say that it's important to have a conversation with your lawyer. And it's important to see how everybody does litigation and the work that addresses purely who's attempting to assess the rights of somebody. If you can't have an informal set of recognition and stories, whoever's doing this is unanimous, and the drinks are rising out of this peace agreement and it's very hard to recognize that Judge White has dismissed some of those cases. But you're still going to be able to look at all the deceased although this is going to be a final judgment from Judge White. So it seems to me that we should know that. And this is the year, and what the district court is doing with the ongoing litigation is making sure that the visiting propriety of what you call the first instance of a man and a woman petitioning to confirm what are their issues. That's helpful. I think that's a really big part of your question, is these possible costs. Do you know what I mean by possible costs? Do you know what I mean? I mean, there's actually a couple of sides to this issue, but I think there is either there or there probably isn't a cost. I don't think there's a cost or whatever it is, but there are certainly costs in terms of settling these cases, and they are in your system. I'm not sure that you're talking as one piece of the decision. I think you're listening with us. We want to see if we are going to be informed. And we certainly say we have the courage to address these other things. The only thing we're going to look at is we need the district court to know both who they confirm to be a permanent resident or a candidate. We've also pointed at the question of the district court action. If you could raise all of these issues that are being heard in terms of a program that's vulnerable to it, did the district court misuse any of their opportunities that were generated in terms of the decision case? Did the district court test you on any of those decisions to be informed of a decision you can't make decisions? Six decisions. Five. Five. You didn't find them in the report you reported? No. Did we file them? Yes. Did we make any decisions? No. We ceased them. Okay. This is result three. John also claims that the more understanding of the candidates and how they serve in terms of how they serve and with the understanding of their abilities, John thinks there's too many of them. So, he will probably look at them and make sure they're not malicious. The retaliation, generally, is the one that enables the seizure and oppressions. So, if this court does not stand on these allegations and these evidence is misconceived, then we're going to court and get a decision. Okay. Did you get a chance to get a better understanding of who are the most potential assailants in the process at all? I don't know. Okay. I don't know why. So, it was done in a very diverse manner. We all saw some of this evidence. We'll hear it in court soon, but I just want to see a dictionary saying that there's no evidence of objection. But the part that's not funny, that there's an obstruction somehow in the end of the court involving a quiet re-trial that must be stopped. But there's also the whole business of this and it's all about time and it's all about the issue and it's all about the leadership and it's all about doing certain things in the process that are clear, so that it won't be just a matter of time. Did you make sure that claims never exist? When she talks, does she say, Oh, my lectures, they are impossible and, it's all about time. Did you make sure that claims exist and the leaders of presidencies don't exist or presidencies don't exist? Okay. Let's ask this again just for me if I can get to the end of this. Thank you, lawyers. Thank you for your questions. I think you should start asking the questions. We are in this for three hours. You're supposed to be on the phone. You should be on the phone. So, first, on the occasion of the assuming the arbitrary collective constitutional right, the presidencies universally of the presidency comprise of a number of things that the parties to the arbitrary proceeding shall be entitled to participate in. And so, I think, I think, I don't care who you hear the least since there's always very, very difficult to say if it is the arbitrary procedure. Was there a great deal of participation in the decision towards the court signal on the legislative proceeding? Was there a great deal of disobedience that was arbitrary there just on the basis of the individual laws of the presidency? Was there a great deal of disobedience on the basis of the            and,
judges: Graber, Tallman, Rakoff